**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| This document also relates to:<br>  David Sain v.<br>  Johnson & Johnson et al. | **ORDER**<br><br>Civil No. 10-1569 (JRT) |

_____

Stacy Hauer, **ZIMMERMAN AND REED, PLLP**, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, for plaintiff.

Jan McLean Bernier, **NILAN JOHNSON LEWIS PA,** 120 South Sixth Street, Suite 400, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the Voluntary Stipulation of Dismissal without Prejudice filed by the parties on September 15, 2010 [Docket No. 10].

**IT IS HEREBY ORDERED** that the above-captioned case be **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs.

DATED: September 20, 2010
at Minneapolis, Minnesota.

                                                                  s/ John R. Tunheim
                                                             JOHN R. TUNHEIM
                                                  United States District Judge